UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**GLEN THOMPKINS**                                                      **CIVIL ACTION**

**VERSUS**                                                              **NUMBER: 20-1388**

**WARDEN E. DUSTIN BICKHAM, et al.**                                    **SECTION: "G"(5)**

## ORDER

The Court, having considered the motion to dismiss, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' motion to dismiss[1] is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's claims against all of the defendants in their official capacities are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction, and Plaintiff's claims against all of the defendants in their individual capacities are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6), 28 U.S.C. §1915(e)(2)(B)(ii), 28 U.S.C. §1915A(b)(1), and 42 U.S.C. §1997e(c)(1).

**NEW ORLEANS, LOUISIANA,** this 30th day of December, 2020.

                                                            **NANNETTE JOLIVETTE BROWN**
                                                            **CHIEF JUDGE**
                                                            **UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 26.